# Third District Court of Appeal

## State of Florida

Opinion filed December 17, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1668
Lower Tribunal No. 16-29192-CA-01
_____

**Nidia Magarino,**
Appellant,

vs.

**The Bank of New York Mellon, etc.,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Robert T. Watson, Judge.

Pomeranz & Associates, P.A., and Mark L. Pomeranz (Hallandale Beach), for appellant.

DeLuca Law Group, PLLC, and Shawn Taylor (Fort Lauderdale), for appellee.


Before FERNANDEZ, LOGUE and LOBREE, JJ.

PER CURIAM.

Affirmed. See <u>Applegate v. Barnett Bank of Tallahassee</u>, 377 So. 2d 1150 (Fla. 1979).